**John ROBINSON, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.**

**No. 24229.**

United States Court of Appeals,
Ninth Circuit.

March 4, 1970.

As Amended on Denial of Rehearing
March 30, 1970.

Willard D. Horwich, Beverly Hills,
Cal., for appellant.

Johnnie M. Walters, Asst. Atty. Gen.,
Dept of Justice, Washington, D. C., K.
Martin Worthy, Chief Counsel, IRS,
Washington, D. C., for appellee.

Before TUTTLE,* BARNES and KIL-
KENNY, Circuit Judges.

PER CURIAM:

This appeal presents issues that are
largely factual. We affirm the deci-
sion of the Tax Court generally (51 T.C.
520) subject to the next paragraph be-
low. As to the validity of Treasury Reg-
ulation 1.274–5(c) (2), *see* Sanford v.
Commissioner, 412 F.2d 201, 202 (2d Cir.
1969), cert. denied, 396 U.S. 841, 90 S.Ct.
104, 24 L.Ed.2d 92.

The decision of the Tax Court is va-
cated and the matter is remanded to it
solely for a recomputation of appellant's
deficiency in view of appellee's conces-
sion (Appellee's Brief, p. 35, n. 14) that
certain expenses were inadvertently over-
looked in computing appellant's house-
hold expenses for the years 1961 and
1962.

* Hon. Elbert P. Tuttle, Senior United States Circuit Judge, Atlanta, Georgia, sitting by desig-
nation.